# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Cabell County Commission, West Virginia v. AmerisourceBergen Drug Corp., et al.*; Case No. 17-op-45053 | MDL No. 2804<br><br>Master Docket No. 1:17-md-2804-DAP<br><br>Judge Dan Aaron Polster<br><br>Corporate Disclosure Statement |

   Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with that provision, this Corporate Disclosure Statement is filed on behalf of:
  **Rite Aid of Maryland, Inc.**[1]

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
  __x__ Yes   ____ No

   If the answer is Yes, list below the identity of the parent, subsidiary, or other affiliate corporation and the relationship between it and the named party:
    • **Rite Aid Corporation (parent company)**

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?
  ____ Yes   __x__ No

Date: June 9, 2018                Respectfully submitted,

                       */s/ Elisa P. McEnroe*
                       Elisa P. McEnroe, Esq.
                       elisa.mcenroe@morganlewis.com
                       Morgan, Lewis & Bockius LLP
                       1701 Market Street

---

[1] Rite Aid of Maryland, Inc. reserves all objections to personal jurisdiction, insufficient process, and insufficient service of process in the underlying actions.

Case: 1:17-op-45053-DAP  Doc #: 156  Filed:  06/09/18  2 of 3.  PageID #: 3891

2

Philadelphia, PA 19103-2921
T: 215-963-5917
F: 215-963-5001

Kelly A. Moore, Esq.
kelly.moore@morganlewis.com
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
T: 212-309-6612
F: 212-309-6001

*Counsel for Rite Aid of Maryland, Inc.*

Case: 1:17-op-45053-DAP  Doc #: 156  Filed:  06/09/18  2 of 3.  PageID #: 3891

2

## **CERTIFICATE OF SERVICE**

    I certify that on June 9, 2018, a copy of the foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                     */s/ Elisa P. McEnroe*